# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00038-CV

**In re Wayne Hepner**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Wayne Hepner has petitioned for a writ of mandamus ordering the district court to act on his application for post-conviction habeas corpus relief. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2007). The Court is advised that the district court's findings were filed on January 22, 2008, and forwarded to the court of criminal appeals on January 29, 2008. *See id*. art. 11.07, § 3(c). Because the district court has fulfilled its obligations under article 11.07, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Filed:   February 12, 2008